151 A.3d 970

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ISAAC
D. JERDAN (A/K/A ISAAC JORDAN AND ISAAC JERDAS),
DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001706-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 970

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. KELLY FOWLER, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003860-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.